■ In the Matter of the Arbitration between JOHN E. PEARSON et al., Respondents, and I. JEROME ROSENBERG, Appellant. — Appeal from an order of the Supreme Court at Special Term (Cholakis, J.), entered January 23, 1981 in Albany County, which granted in part petitioners' applications pursuant to CPLR 7503 to stay arbitration. Order affirmed, with costs, for the reasons stated in the opinion of Mr. Justice Con. G. Cholakis at Special Term. Sweeney, J. P., Main, Casey, Mikoll and Yesawich, Jr., JJ., concur.